# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| Allyson Duffer, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-2602-SEB-MJD |
| Apelles, LLC, an Ohio limited liability company, | ) ) ) ) |
| Defendant. | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Allyson Duffer, pursuant to Fed.R.Civ.P. Rule 41 (a)(1)(A)(i) hereby dismisses, without prejudice, her claims against the Defendant.

Dated: October 28, 2020

One of Plaintiff's Attorneys

/s/ David J. Philipps_____

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps    (Ill. Bar No. 06197113)
Angie K. Robertson (Ill. Bar No. 06302858)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com
angie@philippslegal.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 28, 2020, a copy of the foregoing **Notice of Voluntary Dismissal** was filed electronically. Notice of this filing was sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

John T. Steinkamp                        john@johnsteinkampandassociates.com
John Steinkamp & Associates
5214 S. East Street
Suite D1
Indianapolis, Indiana 46227

      Notice of this filing will also be sent to the following parties via U.S. Mail, first class postage pre-paid, on October 28, 2020.

Apelles, LLC
c/o Michael Fitzmartin, President
3700 Corporate Drive
Suite 240
Columbus, Ohio 43231


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com