> Acknowledged:
>
> This action is hereby dismisse without prejudice.
>
> Date: _11/2/2020_____
>
> *Sarah Evans Barker*
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Allyson Duffer, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No.   1:20-cv-2602-SEB-MJD |
| | ) |
| Apelles, LLC, an Ohio limited liability company, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Allyson Duffer, pursuant to Fed.R.Civ.P. Rule 41 (a)(1)(A)(i) hereby dismisses, without prejudice, her claims against the Defendant.

Dated:  October 28, 2020

One of Plaintiff's Attorneys

/s/ David J. Philipps_____

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Angie K. Robertson (Ill. Bar No. 06302858)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com
angie@philippslegal.com

1